

**RECEIVED**

DEC 02 2015
12-2-15 EAA
**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Melvin Williams
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Wexford Health Source Inc.

Dr. Saleh Obaisi

Dr. A. MartiJA

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Ca
(T

15c 10853
Judge   Thomas M. Durkin
Magistrate Judge Mary M. Rowland
PC 5

CHECK ONE ONLY:

___X___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.    Name: _Melvin Williams_

    B.    List all aliases: _NONE_

    C.    Prisoner identification number: _A01181_

    D.    Place of present confinement: _Stateville Correctional Center_

    E.    Address: _16830 So. Broadway, Joliet, IL 60434_

    (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

    (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: _Wexford Health Sources Inc._

          Title: _Health Care Vendor_

          Place of Employment: _Stateville Correctional Center_

    B.    Defendant: _Dr. Saleh Obaisi_

          Title: _On-Site Medical Director_

          Place of Employment: _Stateville Correctional Center_

    C.    Defendant: _Dr. A. Martija_

          Title: _Attending Physician_

          Place of Employment: _Stateville Correctional Center_

    (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States: *Melvin Williams v. Marcus Hardy, et al Case No. 11 CV 4838*

A.    Name of case and docket number: *Melvin Williams V. Ronald Schaefer M.D., et al, Case No. 14 CV 982*

B.    Approximate date of filing lawsuit: *2-10-14*

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: *NONE*

D.    List all defendants: *Ronald Schaefer, Ronald Shate, Catalina Bautista*

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *UNITED STATES DISTRICT COURT NORTHERN DISTRICT*

F.    Name of judge to whom case was assigned: *Judge Durkin*

G.    Basic claim made: *MEDICAL DELIBERATE INDIFFERENCE*

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Still pending*

I.    Approximate date of disposition: *7-28-15 in part Cont 8- -15*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) Defendant Wexford Health Source Inc. is sued in their individual Capacity as Healthcare provider to prisoners at Stateville Correctional Center, while acting under color of law, violated Plaintiff's 8th Amendment United States' Constitutional right against cruel and unusual punishment, by implimenting a cost cutting policy or practice that are deliberate indifferent to Mr. Williams serious medical need for treatment of his glaucoma. Defendant has instuted a cost cutting policy or practice that is the moving force behind delaying Plaintiff's Opthalmology follow up for "end stage glaucoma, glaucoma drainage implant," and therapy from January 29, 2014 to present, aggravating Plaintiff's condition to cut the cost of treatment.

2.) Defendant Dr. Saleh Obaisi is sued in his individual Capacity while acting under color of law, violated Plaintiff's 8th Amendment United

States Constitutional right against cruel and un-usual punishment, where Defendant was del-iberately indifferent to Plaintiff's serious med-ical need for treatment of his glaucoma. On May 20, 2014 Defendant held back a medical referral by Dr. Jason Dunn O.D. to send Plaintiff to the University Of Illinois clinic for treatment of "endstage glaucoma" and "maximum medical therapy" from October 30, 2013. Defendant never marked the form approved or denied but placed the form in Plaintiff medical file along with several service approval forms that went unanswered causing delay in treatment for Plaintiff's glaucoma due to failure to schedule the surgery.

    3. Defendant Dr. A. Martija is sued in her individual capacity while acting under color of law, violated Plaintiff's 8th Amendment United States Constitutional right against cruel and unusual punishment, where Defendant was deliberately indifferent to Mr. Williams' serious medical need. Plaintiff, after waiting two years to have drainage implant surgery for "endstage glaucoma," Defendant, changed Plaintiff's

insulin from Lantis to NPH and regular,
a cheaper insulin, causing Plaintiff's A1C
to become too high to have his glaucoma
drainage implant Surgery and posing serious
health risk to Mr. Williams' diabetes.

*End Complaint*

V.     Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite. no cases or statutes.

Plaintiff seek an injunction requiring Defendants jointly and severally follow the recommed treatments for his glaucoma, $500,000.00 in damages, and any other relief this Court deems just and proper, Appoint counsel.

VI.    The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __20__ day of __OCT,__, 20__15__

_Melvin Williams_

(Signature of plaintiff or plaintiffs)

_Melvin Williams_
(Print name)

_A-01181_
(I.D. Number)

_P.O. Box 112 Joliet, IL 60434_
(Address)

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 01/29/201411:28:16

Subject:   Inmate Name:  WILLIAMS, MELVIN
           Inmate Number: A01181
                  Site:  STATEVILLE CC
               Service:
                  92012    EYE EXAM ESTABLISH PATIENT

Authorization ID: 568251537

Based upon a review of the information provided, Service is Approved.

   Comments:
   APPROVED FOR OPTHALMOLOGY FOLLOW UP, 3 MONTHS AFTER LAST VISIT, R/T
   HX END STAGE GLAUCOMA.   APPROVED BY DR GARCIA OUTSIDE OF COLLEGIAL
   DUE TO ABSENCE OF DR OBAISI.   IQ MET.

From:  _DeGarcia_____
       Dedicated Utilization Management

---------------------------------------------------------------------

       INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

              Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
              877-939-2884 or 800-353-8384 - Phone
                                 412-937-9151 - Fax
           WWW.WEXFORDHEALTH.COM

MAY-13-2014 08:38   From:4129373491        Wexford Health Sources        Page:14/23

---

## WEXFORD HEALTH SOURCES INCORPORATED

To:      Site Medical Director & HSA

From:    Utilization Management

Date/Time: 05/13/2014 07:19:59

Subject: Inmate Name:   WILLIAMS, MELVIN
         Inmate Number:  A01181
              Site:      STATEVILLE CC
           Service:
                         66183   INSERT ANT DRAINAGE DEVICE

Authorization ID: 388067259

Based upon a review of the information provided, Service is Approved.

    Comments:
    5-12-14 RCVD REQUEST FOR GLAUCOMA DRAINAGE IMPLANT OS - APPROVED BY
    DR. GARCIA IN COLLEGIAL WITH DR. OBAISI FOR PT WITH ADVANCED
    GLAUCOMA AND BLINDESS OD, DROPS NOT CONTROLLING OS PRESSURE. MEETS
    IQ.

From: _____
    Dedicated Utilization Management

------------------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTI.
                    Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                    877-939-2884 or 800-353-8384 - Phone
                                       412-937-9151 - Fax
                    WWW.WEXFORDHEALTH.COM

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional** Center

| Offender Information: | | |
|---|---|---|
| WILLIAMS | MELVIN | ID#: AO1181 |
| Last Name | First Name | MI |

Page 2 of 2

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **Continued Diabetes Chronic Clinic** | |
| | | **Education Diet** |
| | | **Smoking Cessation** |
| | Control | |
| | (Good) =Upper limit normal of HgA1C <7 | |
| | Fair = 2% points above upper limit normal of HgA1C 7 - 9 | **Medication** |
| | Poor => 2% points above upper limit normal HgA1C > 9 | **Activity** |
| | | |
| | | **Glucose Monitoring** |
| | | |
| | # Seven eguigh air | **Foot Care** |
| | Gluan ① er | |
| | ② uy Bl, | **Hypo/Hyperglycemia symptoms & mgmt** |
| | | RON SCHAEFER |
| | | Schaefer M |
| | | **Special Placement/ Program Needs** |
| | | **Low Bunk_____ Low Gallery_____** |
| | | **Slow walk Permit_____** |
| | | **Assignment Restrictions (specify)** |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*



DELIVERED NOV 1 8 2014

## WEXFORD HEALTH SOURCES INCORPORATED

To:      Site Medical Director & HSA

From:    Utilization Management

Date/Time: 11/18/201409:31:38

Subject:  Inmate Name:  WILLIAMS, MELVIN
          Inmate Number:  A01181
          Site:  STATEVILLE CC
          Service:

                 92012   EYE EXAM ESTABLISH PATIENT

Authorization ID: 734192930

Based upon a review of the information provided, Service is Approved.

Comments:
      11-17-14 APPROVAL PER DR. RITZ IN COLLEGIAL WITH DR. OBAISI FOR
      OPTHALMOLOGY F/U AT UIC FOR  PT WITH ADVANCED GLAUCOMA AND BLINDESS
      OD, DROPS NOT CONTROLLING OS PRESSURE. PT IS ESTABLISHED UIC
      PATIENT, WAS PREVIOUSLY APPROVED FOR GLAUCOMA SURGERY BUT IT WASN'T
      SCHEDULED. PT NEEDS OPTHALMOLOGY F/U ASAP. MEETS IQ.

      **NEEDS SCHEDULED WITHIN 6 WEEKS, PLEASE SEE COMMENTS ABOVE. IF
      UNABLE TO SCHEDULE, NOTIFY WEXFORD*

From:____
         Dedicated Utilization Management

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone
                         412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville Correctional Center
(Facility)

Offender's Name: _Williams, Melvin_ ID# _A01181_

Reason for Referral: ☐ Consult ☐ Non-Formulary Medications ☐ Medical Equipment
☐ Evaluation ☐ Management
☒ Procedure/service (specify) _(HVF), OCT_
☐ Other (specify) _____

Urgent: ☐ Yes ☒ No

Referred to: _UIC - Glaucoma_ _5-2/14_

Rationale for Referral: _Endstage glaucoma on maximum medical therapy. Blind OD due to RD. UIC requesting repeat HVF in appar 2mths from Oct/2013_

_Jason Quinn C.D_ _____ _10-30-13_
Print Referring Practitioner's Name     Referring Practitioner's Signature     Date

Report of Referral (Use Reverse Side, if necessary)

Findings: _Adv glaucoma on_
_VA CC < NLP OD/OS    IOP < 15_
_                      19_

Assessment: _Adv glaucoma OD c NLP vision OS_

Recommendations/Plans: _IOP not @ goal for glaucoma draina Implant OS. pt able to proceed Continue timolol/Brimonidine/Trusopt BID, xalatan OU_

_____ _____ _5/21/4_
Print Practitioner's Name     Practitioner's Signature     Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
   DOC 0255.

_____ _____ _5/20/14_
Print Facility Medical Director's Name     Facility Medical Director's Signature     Date

Distribution: Offender's Medical File, and     Page 1 of 1     DOC 0254 (Eff.4/200
if denied/revised, Heath Care Unit Administrator                 (Replaces DC 710

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS
**OPTICAL PRESCRIPTION ORDER**

Account # _____

_3/12/00 20_

**VENDOR**

Illinois Correctional Industries
P.O. Box 809
Dixon, Illinois    61021-0809

| Institution | *State p/le* | |
|---|---|---|
| Address | | |
| City | State | Zip |
| Inmate Name (First, Mi, Last) *Melvon William* | Register No. *A.01181* | |

| | POWER | | |
|---|---|---|---|
| R | -150 | | |
| L | -175 | -57 | 70 |
| | SPHERE | CYLINDER | AXIS |

| PRISM | | | |
|---|---|---|---|
| | | | |
| | | | |
| IN | OUT | UP | DOWN |

| | O.C. HEIGHT |
|---|---|
| | |

| DPD | NPD |
|---|---|
| 78 | 75 |

| | SEGMENT | | BASE CURVE |
|---|---|---|---|
| R | +200 | 17 | |
| L | +200 | 17 | |
| | ADD | HEIGHT | |

| DEC | INSET | TOTAL |
|---|---|---|
| | | |

**Special Instructions**

| R | |
|---|---|
| L | |
| | LENS STYLE |

**LENS MATERIAL**
Check One:
Glass ☐
Plastic ☒
Polycarb ☐

| MFG | FRAME NAME *Tycoon* | FRONT / CHASSIS COLOR *Black* |
|---|---|---|
| | | |

| EYE *54* | DBL *ZW* | TRIM STYLE | TRIM COLOR |
|---|---|---|---|

| TPL SIZE *145* R | TPL SIZE *145* L | TEMPLE STYLE | TEMPLE COLOR |
|---|---|---|---|

*Thomas (Matthews)*
**Requested By**

_____
**Authorization #**

_____
**Approved**

DC 288 (3/86)
IL 426-7206

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Optometric Examination**

_____ Center

☐ **Baseline**   ☐ **Annual**

Date: _8 / 17 / 1 °_

Time: _9 : 00_   ☐ a.m.   ☐ p.m.

**Offender Information:**

_William_   _Melvin_   MI ____   ID#: _120118_
Last Name      First Name

**Chief Complaint:** _____

| HPI: | | Ocular History: | |
|---|---|---|---|
| Location: | | ☐ Cataracts: | |
| Duration: | | ☐ Glaucoma: | |
| Onset : | | ☐ Disease: | |
| Severity: | | ☐ Trauma/Surgery: | |
| Ti ming: | | ☐ Strabismus: | |
| Modifiers: | | ☐ Amblyopia: | |

**Medical History:** ☐ NIDDM   ☐ IDDM   ☐ Hypertension   ☐ Other: _____

**Visual Acuity:**   Uncorrected Distance:   ☐ OD 20/   ☐ OS 20/   ☐ OU 20/
  Uncorrected Near:   ☐ OD 20/   ☐ OS 20/   ☐ OU 20/

| | | | | |
|---|---|---|---|---|
| Habitual Rx: | OD | ~~+50 Blnd~~ | 20/ | Type: ☐ SV ☐ Bifocal |
| | OS | − 175 −50×70   +200 | 20/ | Date: ___ / ___ / ___ |
| Refraction: | OD | Blnd  +150 Bal. | 20/25 | Type: ☐ SV ☐ Bifocal |
| | OS | +150 −100×70 | 20/20 | Date: ___ / ___ / ___ |
| Near: | OD | +2.00 | 20/ | Type: ☐ SV ☐ Bifocal |
| | OS | | 20/ | Date: ___ / ___ / ___ |

**Pupils:** ☐ Round   ☐ Equal   ☐ Responds to Light/Accommodation   ☐ APD
**Motilities:** ☐ Full   ☐ Abnormal   **Confrontational Fields:** ☐ Full   ☐ Abnormal
**Tonometry:** ☐ Applanation   ☐ Tonopen   ☐ NCT   OD _____   OS _____   Time: _____

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | ✓ | |
| Exo | | | Conjuctiva | ✓ | |
| Tropia | | | Iris/Ant. Chamber | ✓ | |
| Phoria | | | Lens | ✓ | |
| Ortho | | | Lids/Lashes | ✓ | |

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | ✓ | | | | ☑ Direct |
| Vessels | ✓ | | | | ☐ BIO |
| Macula | ✓ | | | Clear | ☐ 78D |
| Periphery | ✓ | | | | ☐ 3 mirror |
| Vitreous | ✓ | | | | ☐ Other: |

Cup to disc: OD _____   OS _____   Cup Depth: ☐ Deep   ☐ Moderate   ☐ Shallow   ☐ PE 2.5%. Trop´1%

**Assessment/Plan:**
1. _____
2. _____
3. _____
4. _____
5. _____

**Glasses Ordered:**   Frame: _Eagle Scott_   Size: _50 /20_   Color _Charcoal_
_−150_   Add: _+200_   Seg Height: _13 mm_
_−150 −100×70_   ☐ SV   ☑ FT28   ☐ Reading Only   PD _78 /75_

_____
Print Doctor's Name
_Alan Natter OD_
Doctor's Signature

Follow-Up: _____
Date

Offender's Medical Record

Printed on Recycled Paper

DOC 0081 (Eff. 9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Optometric Examination

### Stateville Correctional Center

☐ Baseline ☐ Annual

Date: 9 , 21 , 11

Offender Information: _William_ _Melvin_ ____ ID#: A O 1181
                     Last Name        First Name    MI

Time: 10 45  ☐ a.m. ☐ p.m.

Chief Complaint: _____

**HPI:**

| | |
|---|---|
| Location: | |
| Duration: | |
| Onset: | |
| Severity: | |
| Timing: | |
| Modifiers: | |

**Ocular History:**
- ☐ Cataracts: ____
- ☐ Glaucoma: ____
- ☐ Disease: ____
- ☐ Trauma/Surgery: ____
- ☐ Strabismus: ____
- ☐ Amblyopia: ____

**Medical History:** ☐ NIDDM ☐ IDDM ☐ Hypertension ☐ Other: ____

**Visual Acuity:**
Uncorrected Distance: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/
Uncorrected Near: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/

| | | | |
|---|---|---|---|
| Habitual Rx: OD | -150 | 20☑ | Type: ☐ SV ☐ Bifocal |
| OS | -150 -100X70 | +200 | 20/ Date: / / |
| Refraction: OD | | 20/ | Type: ☐ SV ☐ Bifocal |
| OS | | 20/ | Date: / / |
| Near: OD | | 20/ | Type: ☐ SV ☐ Bifocal |
| OS | | 20/ | Date: / / |

**Pupils:** ☐ Round ☐ Equal ☐ Responds to Light/Accommodation ☐ APD
**Motilities:** ☐ Full ☐ Abnormal **Confrontational Fields:** ☐ Full ☐ Abnormal
**Tonometry:** ☐ Applanation ☐ Tonopen ☐ NCT OD ____ OS ____ Time: ____

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | | |
| Exo | | | Conjuctiva | | |
| Tropia | | | Iris/Ant. Chamber | | |
| Phoria | | | Lens | | |
| Ortho | | | Lids/Lashes | | |

Need Eye-dry
Rust

| Ophthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | | | | | ☐ Direct |
| Vessels | | | | | ☐ BIO |
| Macula | | | | | ☐ 78D |
| Periphery | | | | | ☐ 3 mirror |
| Vitreous | | | | | ☐ Other: |

Cup to disc: OD ____ OS ____ Cup Depth: ☐ Deep ☐ Moderate ☐ Shallow ☐ PE 2.5% Trop 1%

**Assessment/Plan:**
1. ____
2. ____
3. ____
4. ____
5. ____

**Medications Ordered:** ____

**Eyeglasses Ordered:** Frame: ____ Size: ____ Color: ____

Rx: OD ____ Add: ____ Seg Height: ____
OS ____ ☐ SV ☐ FT28 ☐ Reading Only PD 78/75

# V. PATTERSON O.D.

Print Doctor's Name        Doctor's Signature        Follow-Up: ____ Date

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Optometric Examination

_____ Center

☐ **Baseline** ☐ **Annual**

Date: _0 17 11_  

Time: _____ ☐ a.m. ☐ p.m.

**Offender Information:**

_William_ _Melson_ ID#: _A 01181_
Last Name                First Name        MI

55

**Chief Complaint:** _____

| **HPI:** | | **Ocular History:** | |
|---|---|---|---|
| Location: _____ | | ☐ Cataracts: _____ | |
| Duration: _____ | | ☐ Glaucoma: _____ | |
| Onset : _____ | | ☐ Disease: _____ | |
| Severity: _____ | | ☐ Trauma/Surgery: _____ | |
| Timing: _____ | | ☐ Strabismus: _____ | |
| Modifiers: _____ | | ☐ Amblyopia: _____ | |

**Medical History:** ☐ NIDDM ☐ IDDM ☐ Hypertension ☐ Other: _____

**Visual Acuity:** Uncorrected Distance: ☐ OD 20/_2w_ ☐ OS 20/_70_ ☐ OU 20/
Uncorrected Near: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/

| **Habitual Rx:** | OD | _+150_ | 20/ | Type: ☐ SV ☐ Bifocal |
| | OS | _-150-100x 70_ _+200_ | 20/ | Date: ___/___/___ |
| **traction:** | OD | _Band_ | 20/ | Type: ☐ SV ☐ Bifocal |
| | OS | _-100-100x 20_ | 20/_25_ | Date: ___/___/___ |
| **Near:** | OD | | 20/ | Type: ☐ SV ☐ Bifocal |
| | OS | _+200_ | 20/ | Date: ___/___/___ |

**Pupils:** ☐ Round ☐ Equal ☐ Responds to Light/Accommodation ☐ APD
**Motilities:** ☐ Full ☐ Abnormal **Confrontational Fields:** ☐ Full ☐ Abnormal
**Tonometry:** ☐ Applanation ☐ Tonopen ☐ NCT OD _____ OS _____ Time: _____

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | | |
| Exo | | | Conjuctiva | | |
| Tropia | | | Iris/Ant. Chamber | | |
| Phoria | | | Lens | | |
| Ortho | | | Lids/Lashes | | |

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | | | | | ☐ Direct |
| ssels | | | | | ☐ BIO |
| Macula | | | | | ☐ 78D |
| Periphery | | | | | ☐ 3 mirror |
| Vitreous | | | | | ☐ Other: _____ |

Cup to disc: OD _____ OS _____ Cup Depth: ☐ Deep ☐ Moderate ☐ Shallow ☐ PE 2.5% Trop 1%

**Assessment/Plan:**
1. _____
2. _____
3. _____
4. _____
5. _____

**Medications Ordered:**

**Eyeglasses Ordered:** Frame: _Engel Sint_ Size: _50/2v_ Color: _C C_
Rx: OD _Bal_ Add: _+200_ Seg Height: _78/76_
OS _-100-100x 70_ ☐ SV ☐ FT28 ☐ Reading Only PD _78/76_

_____ _Norman D Patterson OD_ Follow-Up: _____
Print Doctor's Name          Doctor's Signature                        Date

Distribution: Offender's Medical Record

DOC 0081 (Eff. 9/2002)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Optometric Examination**

_____Stateville_____ Center

☐ **Baseline** ☐ **Annual**

Date: 6/28/12

Time: 9:40   ☑ a.m. ☐ p.m.

Chief Complaint: POAG

**Offender Information:**

Williams          Melvin          ID#: A01181
Last Name         First Name    MI

**HPI:**

| | |
|---|---|
| Location: | Temporal 3rd |
| Duration: | Xalatan qhs   No drops in chest |
| Onset: | dorzolamide bid  2 of 2 only in |
| Severity: | order |
| Timing: | Bromonidine brd |
| Modifiers: | OS only |

**Ocular History:**

☐ Cataracts: _____
☐ Glaucoma: _____
☐ Disease: _____
☐ Trauma/Surgery: RD OD - Blind
☐ Strabismus: _____
☐ Amblyopia: _____

**Medical History:** ☐ NIDDM   ☐ IDDM   ☐ Hypertension   ☐ Other: _____

**Visual Acuity:**
Uncorrected Distance: ☐ OD 20/   ☐ OS 20/   ☐ OU 20/ 20 - 2
Uncorrected Near: ☐ OD 20/   ☐ OS 20/   ☐ OU 20/

| | | | | |
|---|---|---|---|---|
| **Habitual Rx:** OD | -1.56 | 20/ | Type: ☐ SV ☑ Bifocal | |
| OS | -1.50 -1.00 x 070 /+2.0? | 20/ | Date: 7 / 17 / 11 | |
| **Refraction:** OD | | 20/ | Type: ☐ SV ☐ Bifocal | |
| OS | | 20/ | Date: / / | |
| **Near:** OD | | 20/ | Type: ☐ SV ☐ Bifocal | |
| OS | | 20/ | Date: / / | |

**Pupils:** ☑ Round   ☐ Equal   ☑ Responds to Light/Accommodation   ☐ APD
**Motilities:** ☑ Full   ☐ Abnormal   **Confrontational Fields:** ☐ Full   ☐ Abnormal
**Tonometry:** ☑ Applanation   ☐ Tonopen   ☐ NCT   OD _____ OS 10   Time: _____

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | | |
| Exo | | | Conjuctiva | | |
| Tropia | | | Iris/Ant. Chamber | | |
| Phoria | | | Lens | | |
| Ortho | | | Lids/Lashes | | |

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | B | OS UTM, OD | | | ☐ Direct |
| ss sels | OS | | | | ☐ BIO |
| Macula | OS | | | | ☐ 78D |
| Periphery | Not viewed | | | | ☐ 3 mirror |
| Vitreous | OS | | | | ☑ Other: 90 D. |

**Cup to disc:** OD UTM   OS .9   **Cup Depth:** ☑ Deep   ☐ Moderate   ☐ Shallow   ☐ PE 2.5% Trop 1%

**Assessment/Plan:**
1. POAG - end stage on maximum medical therapy, IOP well controlled
2. Refer out for testing VF
3. Gave Ptx tetrahydrozoline gtm for eyes being difficult to open
4. _____
5. _____

**Medications Ordered:** _____

**Eyeglasses Ordered:** Frame: _____ Size: _____ Color: _____

Rx: OD _____ Add: _____ Seg Height: _____
OS _____ ☐ SV   ☐ FT28   ☐ Reading Only   PD _____

Jason Dunn O.D.
Print Doctor's Name          Doctor's Signature

Follow-Up: PRN
                    Date

Distribution: Offender's Medical Record          DOC 0081 (Eff. 9/2002)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

 *C448*

**Offender:** *Williams* — Last Name     *Melvin* — First Name     MI     *A01181* — ID#

**Facility:** *Stateville CC*

☑ Grievance: Facility Grievance # (if applicable) *H238* Dated: *5/4/15* or ☐ Correspondence: Dated: _____

Received: *8/26/15* Regarding: *Medical- Hep C, Diabetes, eye surgery*
Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____
_____

Completed by: _____ Debbie Knauer _____     *Debbie Knauer*     *9/17/15*
Print Name                                        Signature                      Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 7/5/15 | Offender: (Please Print) Williams, M. | ID#: A-01181 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: _____ / _____
               Date of Report                        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer,** only if EMERGENCY grievance.
     **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Grievant is a type two (2) diabetic who also suffers from the eye disease glaucoma. I have been approved to have drainage implant but is unable to have it done because Dr. Martija changed my insulin from Lantis to NPH and regular sense then my A1C level has been to high to have the procedure done. It has been over two (2) years. Grievant requires a 60 day eye examine exam, a 6 month foot exam, urine check for Ketones, lotion to prevent dry skin to help pre-

**Relief Requested:** That each of my concerns are addressed and the proper adjustments are made in accord with medical procedures and practise. All required medical core and $30,000 in damage.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Williams, M.             A-01181      7,5,15
Offender's Signature              ID#             Date

*(Continue on reverse side if necessary)*

| **Counselor's Response** (if applicable) | |
|---|---|

Date Received: 7,16,15    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** A copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the grievance office. There is no need to send your copy to grievance office or the HCU. You will receive final response from the grievance office when the HCU responds.

J. Jamison             J. Jamison    7,16,15

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

vent infections and to maintain proper skin care. Grievant requires two joices in his snack bag as well as a snack bag at breakfast and at dinner. Dr. Martija has made it impossible to maintain, manage and lower my A1C. Dr. Martija's decisions are based solly on saving klaxton money. None of her decisions are based on my medical needs at all. her agenda is financial, not medical.

I need to be placed back on LANTIS so I can lower my A1C inorder to have the APPROVED PROCEDURE DONE. My vision often becomes very blurry and sometimes when I wake up in the morning I have a hard time opening up my eyes.

If this matter is not corrected ASAP, you are violating my 8th Amended Right and Civil Action will follow.

1.) Receive DRAINAGE IMPLANT SURGRY.
2.) Place back on LANTIS
3.) To be seen by OPTHALMOLOGY every 60 days
4.) LINE CHECK
5.) Feet exam
6.) LOTION
7.) Snack bag, BREAKFAST and Dinner.

See EXHIBITS 1-4 Attached

ILLINOIS DEPARTMENT OF CORRECTIONS

C448

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Williams_ _Melvin_ _____ _A01181_
          Last Name          First Name        MI    ID#

Facility: _Stateville C.C_

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _7/5/15_ or ☐ Correspondence: Dated: _____

Received: _8/21/15_ Regarding: _Medical- Dr. Martija_
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                                                Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by: _____Debbie Knauer_____   _Debbie Knauer_   _9/18/15_
                    Print Name              Signature         Date

F245

**OFFENDER'S GRIEVANCE**

| Date: 3/2/15 | Offender: (Please Print) Williams, M. | ID#: A-01181 |
|---|---|---|
| Present Facility: Stateville (HCU) | Facility where grievance issue occurred: Stateville (HCU) | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify)

ADVANCE OFFICE

MAR 19 2015

STA #

H238

- ☐ Disciplinary Report: _____ / _____ / _____
  Date of Report
  Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I HAVE BEEN SCHEDULED AND RESCHEDULED FOR BOTH EYE SURGERY AS WELL AS TREATMENT FOR HEP. C, I CAN NOT RECEIVE TREATMENT FOR EITHER BECAUSE I WAS TAKEN OFF OF THE ONLY MEDICATION FOR MY DIA- BETES THAT KEPT MY A1C LEVEL DOWN WHICH WAS THE INSULIN ATLANTIS THIS INSULIN WAS THE ONLY ONE THAT WAS WORKING FOR ME ALONG WITH THE REGULAR. THE INSULIN I'M TAKING NOW IS NOT WORKING AND I CAN'T GET IN TREATMENT.

**Relief Requested:** TO BE PUT BACK ON ATLANTIS ASAP! AND ONCE I'VE LOWERED MY A1C, TO BE SENT OUT FOR TREATMENT FOR MY EYE'S AND TO BE TREATED FOR HEP-C.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Williams, M.                    A-01181        3, 2, 15
Offender's Signature                    ID#              Date

(Continue on reverse side if necessary)

| | Counselor's Response (if applicable) | |
|---|---|---|

Date Received: 3, 6, 15    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the grievance office. There is no need to send you copy to the grievance office or the HCU, you will receive a final response from the grievance office when the HCU responds

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received**: 3/19/15          **Date of Review**: 4/14/15          Grievance # H238

**Committed Person**: **Williams**          ID#: A01181

**Nature of Grievance**: Medical Treatment

**Facts Reviewed**:

THE GRIEVANT COMPLAINS OF BEING DENIED MEDICAL TREATMENT

**Per I Sangster LPN**

AFTER REVIEWING THE OFFENDERS MEDICAL RECORDS: THE INMATE WAS SEEN @ UIC GLAUCOMA CLINIC 5/2/14. 3/10/15 HE WAS APPROVED TO GO BACK. HE IS SEEN IN THE HEPATITIS CLINIC REGULARLY AND HAS TO MEET A CERTAIN CRITERIA TO BE REFERRED TO THE OUTSIDE FOR TREATMENT. THE GRIEVANT IS ALSO SEEN IN THE DIABETIC CLINIC AND TREATMENT IS BEING MANAGED BY THE PROVIDER.

*This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation / diagnosis.*

**Recommendation**:          **No action as grievant appears to be receiving appropriate medical care at this time.**

Jill Parrish, CCII
_____                    _____
Print Grievance Officer's Name                    Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received**: 5/1/15          ☑ I concur          ☐ I do not concur          ☐ Remand

**Comments**:

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Williams_ _Melvin_ _____ _A01181_
Last Name        First Name        MI        ID#

Facility: _Stateville CC_

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: _2/20/15_ or ☐ Correspondence: Dated: _____

Received: _8/26/15_ Regarding: _Medical- wants to see eye doctor for_
Date        _glaucoma_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
       Office of Inmate Issues
       1301 Concordia Court
       Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
       319 E. Madison St., Suite A
       Springfield, IL   62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                                Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

_____

Completed by: _Debbie Knauer_     _Debbie Knauer_     _9/17/15_
Print Name        Signature        Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 6/15/15 | Offender: (Please Print) Williams, M. | ID#: A-01181 |
|---|---|---|
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify) _____

☐ Disciplinary Report: ____/____/____
Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I was seen by Doctor Martija on several occassions concerning some illnesses that I suffer, such as Diabetes and other illnesses. Doctor Martija has prescribed medications to me, on a continuous bases that she knew or should had known I was not suppose to take because of other chronic illnesses that I suffer. Doctor Martija do not make note's in the medical file's concerning the interviews. She do not look at the medical history befor prescribing medication causing my condistion

**Relief Requested:** To be seen by an outside doctor who will tell me the truth about my condition.

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Williams, M.                     A-01181          6/15/15
Offender's Signature                ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 6/30/15 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** A copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the grievance office. There is no need to send your copy to the grievance office & HCU. You will receive

To become worse and causing me pain. Doctor Martija with holds from me information concerning my condistion or will not say anything at all. Doctor Martija has prescribed to me the following RANITIDINE, METFORMIN, etc. Knowing that these medications is not to be taken by people with kidney disease. Doctor Martija has braught about a CONSPIRACY to worsen the condision of those of us who suffer from the disease Hep-C because they (Wexford) do not want to treat the disease. Once the disease has reached a certain stage, there is no treatments that can help and therefore her misson is accomplished.

IF Something is not done concerning this woman's lie's and prescribing bogus medications, Civil Action will be taken.

Doctor? Martija's decisions are not based on my condition, her decision's are based solely on saving Wexford money and she has no problem telling us that.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** _Williams_ _Melvin_ _____ _A01181_
             Last Name           First Name           MI    ID#

**Facility:** _Stateville CC_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _6/15/15_ or ☐ Correspondence: Dated: _____

Received: _8/21/15_ Regarding: _Medical- wants to see outside physician_
        Date        _for diabetes & other unnamed issues_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
        Office of Inmate Issues
        1301 Concordia Court
        Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
        319 E. Madison St., Suite A
        Springfield, IL  62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                                Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by: _____ Debbie Knauer _____   _Debbie Knauer_   _9/18/15_
             Print Name                   Signature          Date

Distribution:   Offender                      *Printed on Recycled Paper*             DOC 0070 (Rev.4/2013)
             Inmate Issues

F 245

## OFFENDER'S GRIEVANCE

| Date: 2-20-15 | Offender: (Please Print) Williams, M. | ID#: A-01181 |
|---|---|---|
| Present Facility: STATEVILLE | Facility where grievance issue occurred: STATEVILLE | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify) _____

GRIEVANCE OFFICE
FEB 27 2015
STA...
781

☐ Disciplinary Report: ___/___/___
Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am having trouble with my vision. It is becoming more and more difficult for me to focus. my eye's often feel as though they are swollen, mostly at night. I suffer from Glacoma and I am very much concerned that I am losing my sight.
I believe that the presure in my eye's are dangerously high and I need it checked.

**Relief Requested:** To be seen by a eye doctor A.S.A.P!

☒ Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Williams, M. _____ A-01181 _____ 2-20-15
Offender's Signature        ID#        Date

(Continue on reverse side if necessary)

---

RECEIVED

| | **Counselor's Response** (if applicable) | |
|---|---|---|
| Date Received: AUG 26 2015 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

ADMINISTRATIVE REVIEW BOARD

Response: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE (Continued)