Attorney No.: 0784389

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| MELVIN WILLIAMS (A-01181), ) | Case No.: 1:15-CV-10853 |
|       PLAINTIFF(S), ) | |
| ) | |
| V. ) | |
| ) | |
| WEXFORD HEALTH SOURCES, ) | |
| INC., ET AL. ) | Honorable THOMAS M. DURKIN |
|       DEFENDANT(S). ) | |

### UNOPPOSED MOTION FOR RELIEF FROM ASSIGNMENT

JOY M. FEINBERG of BOYLE & FEINBERG, P.C. ("Counsel"), attorney for PLAINTIFF, MELVIN WILLIAMS (A-01181) ("MELVIN"), requests relief from assignment by this Court to represent the Plaintiff in this matter pursuant to LR 83.38 (3) and in support of her Motion, states as follows:

1. Plaintiff filed his Complaint on December 2, 2015.

2. Joy M. Feinberg of BOYLE FEINBERG, P.C. was appointed to represent Plaintiff Melvin Williams on or about January 14, 2016.

3. Since said date, Ms. Feinberg has obtained Mr. Williams medical records both from Stateville Correctional Center and the University of Illinois Chicago relative to his diabetes and glaucoma issues for a period encompassing June 2011 through July, 2016. All of said records have been reviewed by counsel (to the extent counsel was capable of such review); and a nurse practitioner who thoroughly examined the entire record specified above. In addition, some of the records and concepts have been discussed with two consulting physicians, one of whom is a diabetes specialist and the other physician who is a glaucoma specialist.

4. The written report has been reviewed by Plaintiff and discussed by him with his counsel. In addition, Ms. Feinberg has discussed with Plaintiff the results of her discussions with both consulting practicing medical specialists.

5. In addition, Ms. Feinberg has received numerous writings from Mr. Williams along with substantial documents sent to her by him, most of which have been reviewed by her and discussed with Mr. Williams. Mr. Williams has received numerous responsive letters from Ms. Feinberg (17) as well as two letters advising Mr. William of important facts relating to his particular case as opposed to Mr. William's prolific postulates about other cases.

6.  Counsel and Mr. Williams have been unable to agree on every aspect of how Mr. William's case should proceed. As a result of these disagreements, all lines of reasonable communication have broken down between Mr. Williams and Ms. Feinberg.

7.  Ms. Feinberg cannot continue her representation of Mr. Williams based upon their opposing concepts in this cause. Mr. Williams and Ms. Feinberg have discussed the necessity of her withdrawal from this case.

8.  This case has not been set for trial. Withdrawal as counsel for Mr. Williams by Ms. Feinberg of BOYLE FEINBERG, P.C., will not delay the trial of the case or otherwise be inequitable.

9.  The last known address of Mr. Melvin Williams (A-01181) is c/o Menard Correctional Center, 1711 Kaskaskia Street, Menard, IL 62259, ( 618) 826 - 5071.

WHEREFORE, Movant, Joy M. Feinberg of BOYLE FEINBERG, P.C., prays as follows:

A.  The Court enter an Order granting Joy M. Feinberg and BOYLE & FEINBERG, P.C., relief from this assignment as attorney for the Plaintiff, Melvin Williams (A-01181), c/o Menard Correctional Center, 1711 Kaskaskia Street, Menard, IL 62259 *instanter*.

B.  For such other and further relief as may be appropriate under the evidence and circumstances.

BOYLE FEINBERG, P.C.

BY: _____
Joy M. Feinberg

Joy M. Feinberg
BOYLE FEINBERG, P.C.
Movant
30 North LaSalle Street, Ste. 3440
Chicago, Illinois 60602
(312) 376-8860
Attorney No.: 0784389
G:/clients/Williams/pleadings/mot for relief from assign.docx

## CERTIFICATE OF SERVICE

I, Joy M. Feinberg, an attorney certify that on November 9, 2016, I caused the foregoing document to be electronically filed with the Clerk of the Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants. Parties may access this filing through the Court's system.

In addition I served a copy of the foregoing documents by certified U.S. Mail, return receipt requested, upon:

> Melvin Williams
> PIN: A01181
> 711 Kaskaskia Street
> Menard, Illinois 62259

DATED: November 9, 2016

                                              Joy M. Feinberg

Joy M. Feinberg, Esq.
joy@bffamlaw.com
BOYLE FEINBERG, P.C.
30 N. LaSalle Street  Suite 3440
Chicago, IL  60602
(312) 376-08860
ARDC#:  0784389