**IN THE UNITED STATESS DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELVIN WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-CV-10853 |
| | ) | |
| v. | ) | Hon. Thomas M. Durkin |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| DR. OBAISI, and DR. MARTIJA | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Bruce M. Lichtcsien of the law firm, Hinkhouse Williams Walsh LLP, appointed counsel for Plaintiff Melvin Williams, hereby submits this Motion to Withdraw as Counsel, and in support thereof, states as follows:

1.     Attorney Bruce M. Lichtcsien is currently counsel of record for Plaintiff Melvin Williams in this matter.

2.     Attorney Bruce M. Lichtcsien was appointed by the Northern District of Illinois to represent Plaintiff Melvin Williams in this matter.

3.     Attorney Bruce M. Lichtcsien filed his appearance in this matter on or about April 28, 2017.

4.     After having reviewed the case material and after having communicated with Plaintiff Melvin Williams, attorney Bruce M. Lichtcsien believes he is unable to satisfy Rule 11 of the Federal Rules of Civil Procedure by moving forward with this matter.

5.     Accordingly, attorney Bruce M. Lichtcsien hereby requests that he be permitted to withdraw as counsel for Plaintiff Melvin Williams.

6.     Permitting counsel to withdraw from the matter would not delay the trial of this case or otherwise be inequitable to any of the parties.

7.     Further, this request is not made in bad faith nor intended to cause undue delay.

8.     Pursuant to Local Rule 83.17, attached hereto as Exhibit A is the Notice of Party Contact Information form.

WHEREFORE, Bruce M. Lichtcsien of the law firm, Hinkhouse Williams Walsh LLP, respectfully requests that this Honorable Court grant his Motion to Withdraw as Counsel, and further requests such other relief as the Court deems appropriate.

Date: November 30, 2017                          Respectfully submitted,

_____

Bruce M. Lichtcsien
Hinkhouse Williams Walsh LLP
180 North Stetson Avenue
Suite 3400
Chicago, Illinois 60601
(312) 784-5400
blichtcsien@hww-law.com

*Attorney for Plaintiff, Melvin Williams*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served a copy of the Motion to Withdraw as Counsel to counsel of record via the Electronic Case Filing (ECF) system. Defendants Dr. Martija and Dr. Obaisi were served via First class mail, postage prepaid, at 180 N. Stetson Avenue, Chicago, Illinois before 5:00 p.m. on this 30th day of November, 2017.


Dr. Saleh Obaisi
P.O. Box 112
Joliet, Illinois 60634

James F. Maruna
Cassiday Schade LLP
20 North Wacker Drive
Suite 1000
Chicago, Illinois 60606
*Attorney for Wexford Health Sources, Inc*

Dr. Alma Martija
P.O. Box 112
Joliet, Illinois 60634


_____
Bruce M. Lichtcsien
Hinkhouse Williams Walsh LLP
180 North Stetson Avenue
Suite 3400
Chicago, Illinois 60601
(312) 784-5400
blichtcsien@hww-law.com

*Attorney for Plaintiff, Melvin Williams*